IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID COOPER, | No. 4:22-CV-01392 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| K. ARDERY *et al.*, | |
| Defendants. | |

## ORDER

### SEPTEMBER 8, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Rule 12(b)(6) motion to dismiss, filed on behalf of Defendants K. Ardery and K. Snyder, Doc. 10, is **GRANTED.**

2. Plaintiff's complaint against Defendant, Dr. Laclure, is **DISMISSED**, *sua sponte,* under the screening provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

3. Plaintiff's motion for preliminary injunction, Doc. 13, is **DENIED** as meritless.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order will be deemed frivolous, lacking merit, and not taken in good faith.[1]

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] *See* 28 U.S.C. § 1915(a)(3).